MELINDA HAAG (CASBN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
  9th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California  94102
  Telephone:  (415) 436-7063
  Fax:        (415) 436-6748

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JOHN AND BARBARA BROOKS** ) | **CASE NO. 10-3541-SC** |
| ) | |
| **Plaintiffs** ) | **REVISED STIPULATION TO** |
| ) | **CONTINUE ANSWER DATE** |
| v. ) | **AND CASE MANAGEMENT** |
| ) | **CONFERENCE AND** |
| **UNITED STATES OF AMERICA,** ) | **[PROPOSED] ORDER** |
| ) | |
| **Respondent.** ) | |
| ) | |

    1.    The date by which the respondent, United States of America (respondent) is required to answer n the above-captioned matter is October 24, 2010.

    2.    Respondent is seeking from the Internal Revenue Service (IRS) additional records to complete its answer.

    3.    The parties have stipulated to a continuance for respondent to answer to December 15, 2010.

    4.    The Court has scheduled a Case Management Conference in this matter on November 19, 2010.  The parties wish an opportunity to review the expected IRS materials to determine whether they may resolve this matter without further litigation.

    5.    Accordingly, the parties also stipulate to the continuance of the Case Management Conference to January 21, 2011 with a joint Case Management Conference Statement due by January 14, 2011.

|   |   |
|---|---|
|   | MELINDA HAAG<br>United States Attorney |
| Dated: October 25, 2010 | /s/ Blake D. Stamm<br>BLAKE D. STAMM<br>Assistant United States Attorney<br>Tax Division<br>Attorneys for United States of America |
|   |   |
| Dated: October 25, 2010 | /s/ John Gigounas<br>John Gigounas<br>Attorney for Plaintiffs |

## ~~PROPOSED~~ ORDER

In accordance with the parties' stipulation:

A.  The government shall not file is answer in the the above-captioned matter later than December 15, 2010;

B.  The ~~Settlement~~ Case Management Conference in this matter is continued until January 21, 2011 and a joint Case Management Conference Statement shall be due by January 14, 2011.

IT IS SO ORDERED.

Dated: October 26, 2010

_____
THE HON. SAMUEL L. CONTI
UNITED STATES DISTRICT COURT JUDGE

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Samuel Conti]*