1  JOHN M. YOUNGQUIST  (CSB #38504)
2  201 Mission Street, Suite 2270
   San Francisco, CA 94105
3  Telephone:  (415) 986-4100
   Facsimile:  (415) 615-0847

4  Attorney for Plaintiffs
   John and Barbara Brooks
5

6

7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11  JOHN and BARBARA BROOKS,       )    No. C 10-3541 SC
                                   )
12            Plaintiffs,          )
                                   )    [ELECTRONICALLY FILED]
13       v.                        )
                                   )    NOTICE OF WITHDRAWAL AND
14  UNITED STATES OF AMERICA,      )    SUBSTITUTION OF COUNSEL AND
                                   )    ORDER THEREON
15            Defendant.           )
                                   )    [C.R. 11-5(a)]
16  ─────────────────────────────── )

17       PLEASE TAKE NOTICE that plaintiffs' attorney of record John Gigonous must

18  withdraw his appearance in the above-captioned case due to a medical condition that makes

19  it impossible for him to continue his practice of law.

20       Plaintiffs and defendant's counsel have been notified and no party objects to the

21  withdrawal.  Plaintiffs have engaged attorney John M. Youngquist, a member of the bar of

22  this Court, to substitute in as their attorney of record.

23                        APPEARANCE

24  John M. Youngquist hereby enters his appearance for plaintiffs in this case.

25

26

27

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL AND ORDER THEREON                                    Page 1
Dkt. No. C 10-3541 SC

1   The foregoing is agreed and subscribed to below by plaintiffs and the attorneys for

2   plaintiffs.

3

4   Date: _1/30/2011_, 2011

5                                              JOHN M. YOUNGQUIST
                                               Attorney for Plaintiffs
                                               John and Barbara Brooks
6

7   JOHN BROOKS,                               JOHN GIGONOUS
8   Plaintiff                                  Withdrawing Attorney for Plaintiffs
                                               John and Barbara Brooks
9

10  BARBARA BROOKS,
    Plaintiff

11  Date: _1/30/2011_, 2011

12

13                                             ORDER

14  IT IS SO ORDERED

15  PURSUANT TO L.R. 11-5(a).

16                                             SAMUEL
                                               DISTRICT               IT IS SO ORDERED
17  Date: ___February 4___, 2011                                      Judge Samuel Conti

18

19

20

21

22

23

24

25

26

27

## CERTIFICATE OF SERVICE

This certifies that a true copy of the foregoing NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL AND ORDER THEREON was served by mail on plaintiff's attorney on ___*Feb. 4,*___, 2011, in a postage paid cover addressed to:

Melinda Haag
United States Attorney
Thomas Moore
Assistant United States Attorney
Chief, Tax Division
Blake D. Stamm
Assistant United States Attorney
11th Floor Federal Building
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102

JOHN M. YOUNGQUIST
Attorney for Plaintiffs
John and Barbara Brooks

X:\Clients\Brooks\pld\Brooks Notice of Withdrawal and Sub of Counsel.doc

NOTICE OF WITHDRAWAL AND SUBSTITUTION
OF COUNSEL AND ORDER THEREON
Dkt. No. C 10-3541 SC