MELINDA HAAG (CASBN 132612)
United States Attorney
THOMAS MOORE (ASBN 4305-O78T)
Assistant United States Attorney
Chief, Tax Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney
  11th Floor Federal Building
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7063
  Fax:      (415) 436-7009

Attorneys for United States of America

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JOHN AND BARBARA BROOKS,** | CASE NO. C-10-3541-SC |
|     Plaintiffs | REVISED STIPULATION TO CONTINUE ANSWER DATE AND CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |
|     v. | |
| **UNITED STATES OF AMERICA,** | |
|     Defendant. | |

1. Circumstances beyond the control of the parties and counsel have required a change in plaintiffs' representation. John M. Youngquist will substitute as plaintiffs' attorney for John Gigounas who must withdraw due to a medical condition making it impossible for him to continue in his representation of plaintiffs.

2. Mr. Youngquist has requested a continuance of the Case Management Conference of ninety days to inform himself on the case. The Court has provided a date of April 29, 2011 and both plaintiffs and the government stipulate to that date.

3. The parties further stipulate that the government's date to answer to the Complaint in this matter will be extended to March 29, 2011. The government is continuing in its efforts to obtain additional records from the IRS to complete its answer.

///

4. The Court had scheduled a Case Management Conference in this matter for January 21, 2011. The parties wish an opportunity to review the expected IRS materials to determine whether they may resolve this matter without further litigation.

        MELINDA HAAG
        United States Attorney

Dated: January 19, 2011        /s/ Blake D. Stamm
        BLAKE D. STAMM
        Assistant United States Attorney
        Tax Division
        Attorneys for United States of America

Dated: January 19, 2011        /s/ John Youngquist
        JOHN YOUNGQUIST
        Attorney for Plaintiffs

### ~~PROPOSED~~ ORDER

In accordance with the parties' stipulation:

    A.    The government shall file its answer by March 29, 2011;

    B.    The Case Management Conference in this matter is continued until April 29, 2011 and a joint Case Management Conference Statement shall be due by April 22, 2011.

IT IS SO ORDERED.

Dated: 2/7/11

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Samuel Conti*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*