```
1   MELINDA HAAG (CASBN 132612)
    United States Attorney
2   THOMAS MOORE (ASBN 4305-O78T)
    Assistant United States Attorney
3   Chief, Tax Division
    BLAKE D. STAMM (CTBN 301887)
4   Assistant United States Attorney
      11th Floor Federal Building
5     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
6     Telephone:  (415) 436-7063
      Fax:        (415) 436-7009
7
    Attorneys for United States of America
```

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **JOHN AND BARBARA BROOKS** ) | **CASE NO. C-10-3541-SC** |
| ) | |
| **Plaintiffs** ) | **REVISED AND FINAL STIPULATION** |
| ) | **TO CONTINUE ANSWER DATE** |
| v. ) | **AND CASE MANAGEMENT** |
| ) | **CONFERENCE AND** |
| **UNITED STATES OF AMERICA,** ) | [~~PROPOSED~~] **ORDER** |
| ) | |
| **Respondent.** ) | |
| ) | |

    1. Respondent is seeking from the Internal Revenue Service (IRS) additional records and information to complete its answer.

    2. The parties have stipulated to a continuance for respondent to answer to April 29, 2011.

    3. The Court has scheduled a Case Management Conference in this matter on April 29, 2011. The parties wish an opportunity to review the expected IRS materials to determine whether they may resolve this matter without further litigation. Accordingly, the parties stipulate to a final continuance of a Case Management Conference in the matter to May 27, 2011.

                                                MELINDA HAAG
                                                United States Attorney

Dated: April 4, 2011                          /s/
                                                BLAKE D. STAMM
                                                Assistant United States Attorney
                                                Tax Division
                                                Attorneys for United States of America

Dated: April 4, 2011

      /s/
JOHN YOUNGQUIST
Attorney for Plaintiffs

**PROPOSED ORDER**

In accordance with the parties' stipulation:

The Case Management Conference in this matter is continued until May 27, 2011 and a joint Case Management Conference Statement shall be due by May 20, 2011. This is a final continuance.

The government will file its answer no later than April 29, 2011.

IT IS SO ORDERED.

Dated:   4/5/11

THE HONORABLE SAMUEL CONTI
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Samuel Conti

Revised And Final Stip To Cont. Answer Date & CMC
& [proposed] Order (No. C-10-3541-SC)            2